JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: SACV 13-01048-JLS(JPRx) |
| Plaintiff, | **CONSENT JUDGMENT** |
| v. | |
| PENDENT CORPORATION dba Bob Peter Fire Protection, RYAN PARISE an individual, and DOES 1-10, Inclusive | Judge: Josephine L. Staton |
| Defendants. | |

    Plaintiff UNITED STATES OF AMERICA, having filed its Complaint herein and Defendants PENDENT CORPORATION dba Bob Peter Fire Protection, RYAN PARISE an individual, through their respective attorneys of record have consented to the making and entry of this Consent Judgment as follow:

    The principal amount of $60,000.00 plus fees and costs per the Financial Management Service and Department of Justice of $20,657.08 (pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 52)

    i.    Defendants will make payments to plaintiff as follows:

$1,000.00 DOWN PAYMENT DUE ON OR BEFORE July 28, 2014, followed by monthly payments in the amount of **$250.00**, beginning **August 20, 2014**, and at the same time thereafter until settlement of **$10,000.00** is paid in full.

    ii.    Payments are to be made payable to the **U.S. Department of Justice** and forwarded to **U.S. Department of Justice, Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363**, and shall include the file number: **2012A29027 & 2013A61280** on the face of the checks.

    iii.    In the event of a default, the payment of **$250.00** per month may be reevaluated and may be modified to take into account the changed economic circumstances of defendants.  Notwithstanding the foregoing, such re-evaluation and modification may take place, at most, once, on an annual basis.

    iv.    In the event of a default, for purposes of evaluation and possible modification, defendants will provide plaintiff with a copy of their Federal Income Tax returns, (including all attachments) or other evidence of total annual income, and a completed Financial Statement provided by plaintiff, along with copies of defendants' last two earning statements.

    v.    Under no circumstances, will the monthly payment be lower than **$250.00** per month.

    vi.    Should defendants become thirty (30) days or more delinquent in making any payment in accordance with this Consent Judgment, plaintiff will enforce this Consent Judgment in accordance with the Federal Rules of Civil Procedure and file a supplemental Bill of Costs requesting attorneys' fees and costs.

    vii.    In the event of a default, Liens will be recorded with the applicable County Recorder wherein defendants reside or own real property and defendants shall bear the cost of this transaction.

    viii.    When the amount of settlement is liquidated, plaintiff shall prepare and file with the Clerk of the Court a Satisfaction of Judgment and provide

defendants with a Release of Lien Under Abstract of Judgment for defendants to record with the applicable County Recorder.

    ix.    This Consent Judgment will acrrue interest at the legal rate from the date of entry until paid in full.

Dated: June 30, 2014

**SO ORDERED:**

_____
Honorable Josephine L. Staton
United States District Judge